**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JESSICA** | **M.** | **BRINKLEY** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **JOSHUA** | **E.** | **BRINKLEY** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **19-50214**

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income       12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
   | Occupation | **UNEMPLOYED** | **TRUCK DRIVER** |
   | Employer's name | | **CENTRAL TRANSPORT** |
   | Employer's address | Number Street | **1450 FRANKLIN ST.**<br>Number Street |
   | | City    State   Zip Code | **SPARKS    NV   89431**<br>City    State   Zip Code |
   | How long employed there? | | **2 YRS** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $5,681.39 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $5,681.39 |

Debtor 1   **JESSICA M. BRINKLEY**
Debtor 2   **JOSHUA E. BRINKLEY**                                                    Case number (if known) **19-50214**

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|   | Copy line 4 here ......................................................... → | 4. | $0.00 | $5,681.39 |
| 5. | List all payroll deductions: |   |   |   |
|   | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $1,045.59 |
|   | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
|   | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
|   | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
|   | 5e. Insurance | 5e. | $0.00 | $320.67 |
|   | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
|   | 5g. Union dues | 5g. | $0.00 | $0.00 |
|   | 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $1,366.26 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $4,315.13 |
| 8. | List all other income regularly received: |   |   |   |
|   | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
|   | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |   |   |   |
|   | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
|   | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
|   | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |   |   |   |
|   | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
|   | 8e. Social Security | 8e. | $0.00 | $0.00 |
|   | 8f. Other government assistance that you regularly receive |   |   |   |
|   | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
|   | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
|   | 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $0.00 + $4,315.13 = | $4,315.13 |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                                                                 11. +   $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.          12.   $4,315.13
                                                                                                                               **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain:  DUE TO HER HEALTH AND HER DAUGHTER'S HEALTH ISSUES, THE DEBTOR LEFT HER EMPLOYMENT.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JESSICA** First Name | **M.** Middle Name | **BRINKLEY** Last Name |
| Debtor 2 (Spouse, if filing) | **JOSHUA** First Name | **E.** Middle Name | **BRINKLEY** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known)  **19-50214**

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

    ☐ No. Go to line 2.
    ☑ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☑ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?

    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for each dependent.....

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | **DAUGHTER** | **16** | ☐ No  ☑ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

    ☑ No
    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.
   Include first mortgage payments and any rent for the ground or lot.                           4.      **$1,550.00**

   If not included in line 4:

   4a. Real estate taxes                                                                        4a.   _____
   4b. Property, homeowner's, or renter's insurance                                             4b.        **$20.00**
   4c. Home maintenance, repair, and upkeep expenses                                            4c.   _____
   4d. Homeowner's association or condominium dues                                              4d.   _____

Official Form 106J                              Schedule J: Your Expenses                                        page 1

Debtor 1 **JESSICA M. BRINKLEY**
Debtor 2 **JOSHUA E. BRINKLEY**

Case number (if known) **19-50214**

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. $150.00 |
| | 6b. Water, sewer, garbage collection | 6b. $100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $260.00 |
| | 6d. Other. Specify: _____ | 6d. |
| 7. | Food and housekeeping supplies | 7. $500.00 |
| 8. | Childcare and children's education costs | 8. $20.00 |
| 9. | Clothing, laundry, and dry cleaning     (See continuation sheet(s) for details) | 9. $115.00 |
| 10. | Personal care products and services | 10. $80.00 |
| 11. | Medical and dental expenses | 11. $600.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $160.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $100.00 |
| 14. | Charitable contributions and religious donations | 14. |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. $230.00 |
| | 15d. Other insurance. Specify: _____ | 15d. |
| 16. | Taxes.    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: _____ | 17c. |
| | 17d. Other. Specify: **STUDENT LOAN** | 17d. $500.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. |

Official Form 106J         Schedule J: Your Expenses         page 2

Debtor 1 **JESSICA M. BRINKLEY**
Debtor 2 **JOSHUA E. BRINKLEY**

Case number (if known) **19-50214**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    | | | |
    |---|---|---|
    | 20a. | Mortgages on other property | 20a. |
    | 20b. | Real estate taxes | 20b. |
    | 20c. | Property, homeowner's, or renter's insurance | 20c. |
    | 20d. | Maintenance, repair, and upkeep expenses | 20d. |
    | 20e. | Homeowner's association or condominium dues | 20e. |

21. Other. Specify: **PET CARE**                                           21.    +             **$80.00**

22. **Calculate your monthly expenses.**

    | | | | |
    |---|---|---|---|
    | 22a. | Add lines 4 through 21. | 22a. | **$4,465.00** |
    | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | **$2,030.00** |
    | 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$6,495.00** |

23. **Calculate your monthly net income.**

    | | | | |
    |---|---|---|---|
    | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,315.13** |
    | 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$6,495.00** |
    | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($2,179.87)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
    **None.**

Debtor 1  **JESSICA M. BRINKLEY**
Debtor 2  **JOSHUA E. BRINKLEY**                                  Case number (if known)  **19-50214**

9. **Clothing, laundry, and dry cleaning (details):**
   **CLOTHING** — $100.00
   **LAUNDRY** — $15.00

   Total: $115.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | JESSICA | M. | BRINKLEY |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | JOSHUA | E. | BRINKLEY |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) 19-50214

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

## Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Do you and Debtor 1 maintain separate households?

   ☐ No. Do not complete this form.
   ☑ Yes

2. Do you have dependents?

   ☐ No
   ☑ Yes. Fill out this information for each dependent................

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | STEPDAUGHTER | 16 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.    $1,000.00

   If not included in line 4:

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. _____

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1    JESSICA M. BRINKLEY
Debtor 2    JOSHUA E. BRINKLEY

Case number (if known)    **19-50214**

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6. **Utilities:**

    6a. Electricity, heat, natural gas    6a. _____

    6b. Water, sewer, garbage collection    6b. _____

    6c. Telephone, cell phone, internet, satellite, and cable services    6c. _____

    6d. Other. Specify: _____    6d. _____

7. **Food and housekeeping supplies**    7.    $300.00

8. **Childcare and children's education costs**    8. _____

9. **Clothing, laundry, and dry cleaning**    (See continuation sheet(s) for details)    9.    $100.00

10. **Personal care products and services**    10.    $40.00

11. **Medical and dental expenses**    11.    $50.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12.    $440.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $100.00

14. **Charitable contributions and religious donations**    14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance    15a. _____

    15b. Health insurance    15b. _____

    15c. Vehicle insurance    15c. _____

    15d. Other insurance. Specify: _____    15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

17. **Installment or lease payments:**

    17a. Car payments for Vehicle 1    17a. _____

    17b. Car payments for Vehicle 2    17b. _____

    17c. Other. Specify: _____    17c. _____

    17d. Other. Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. _____

Official Form 106J-2    Schedule J-2: Expenses for Separate Household of Debtor 2    page 2

| | |
|---|---|
| Debtor 1 | **JESSICA M. BRINKLEY** |
| Debtor 2 | **JOSHUA E. BRINKLEY** |

Case number (if known)  **19-50214**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a. Mortgages on other property                                   20a. _____

   20b. Real estate taxes                                             20b. _____

   20c. Property, homeowner's, or renter's insurance                  20c. _____

   20d. Maintenance, repair, and upkeep expenses                      20d. _____

   20e. Homeowner's association or condominium dues                   20e. _____

21. Other. Specify: _____  21. +_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate    22.    **$2,030.00**
    the total expenses for Debtor 1 and Debtor 2.

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes. Explain here:
    **THE DEBTORS HAVE SEPARATED. THE DEBTOR'S RENT INCLUDES MOST UTILITIES.**

Debtor 1 **JESSICA M. BRINKLEY**
Debtor 2 **JOSHUA E. BRINKLEY**

Case number (if known) **19-50214**

9. **Clothing, laundry, and dry cleaning (details):**
   **CLOTHING** $85.00
   **LAUNDRY** $15.00

   Total: $100.00

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **JESSICA** | **M.** | **BRINKLEY** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JOSHUA** | **E.** | **BRINKLEY** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known)  **19-50214**

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____                     X _____
JESSICA M. BRINKLEY, Debtor 1                  JOSHUA E. BRINKLEY, Debtor 2

Date **04/25/2019**                             Date **04/25/2019**
MM / DD / YYYY                                  MM / DD / YYYY

# Current Monthly Income Calculation Details

In re: **JESSICA M. BRINKLEY**
**JOSHUA E. BRINKLEY**

Case Number: **19-50214**
Chapter: **7**

## 2. Gross wages, salary, tips, bonuses, overtime and commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **GROSS INCOME FROM EMPLOYMENT** | | | | | | |
| | $3,990.30 | $4,456.96 | $3,953.11 | $4,419.33 | $5,089.44 | $3,921.07 | **$4,305.03** |
| **Spouse** | **GROSS INCOME FROM EMPLOYMENT** | | | | | | |
| | $6,987.98 | $5,280.29 | $5,083.26 | $6,607.72 | $4,660.46 | $5,468.61 | **$5,681.39** |